**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ESMERALDA RODRIGUEZ,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. SA-18-CV-01247-XR |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**ORDER SETTING STATUS CONFERENCE AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on Thursday, April 11, 2019 at 10:30 AM. in Courtroom Number 3, John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Blvd., San Antonio, Texas 78206. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED March 4, 2019.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE