**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ESMERALDA RODRIGUEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:18-cv-01247** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Esmeralda Rodriguez and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

**LAW OFFICE OF JEFFREY DAHL**
405 North St. Mary's, Suite 242
San Antonio, Texas 78205
(210) 527-0900 Telephone
(210) 527-0901 Facsimile

**BY:** /s/ Jeffrey E. Dahl (w/permission)
**JEFFREY E. DAHL**
State Bar No. 05310900
Email: jdahl@erisaattorneyintexas.com

**ATTORNEYS FOR PLAINTIFF**

- AND -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers

**IWANA RADEMAEKERS**
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEY FOR DEFENDANT**